

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 28, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/06
```

**BY FAX**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   <u>United States v. Douglas Shyne et al.</u>
           S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

    On April 26, 2006, a grand jury returned a fourth Superseding Indictment in the above-captioned case, filed under seal. Timothy Montgomery, the additional defendant named in that Indictment, was arrested at approximately 8:30 a.m. on April 28, 2006. Accordingly, the Government respectfully requests that the fourth Superseding Indictment be unsealed.

                              Respectfully submitted,
                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                By: _____
                     E. Danya Perry
                     Assistant United States Attorney
                     (212) 637-2434

SO ORDERED:

_____
The Honorable Kenneth M. Karas
United States District Judge
Dated: April 28, 2006

4/28/06

TOTAL P.02