```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA
                                        :
        -v.-                                S4 05 Cr. 1067 (KMK)
                                        :
DOUGLAS SHYNE,
NATASHA SINGH,                          :
    a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,                        :
TOYBE BENNETT,
    a/k/a "Dmitriy Makarevich,"         :
    a/k/a "Dmitriy Makervish,"
    a/k/a "Eduardo Rodrigues,"          :
    a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,                     :
EPHRAIM RICHARDSON,
NARESH PITAMBAR,                        :
JASON WATLER,
STEVEN RIDDICK,                         :
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,                     :

            Defendants.                 :

- - - - - - - - - - - - - - - - - - - -x
```

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

TO:  Clerk of the Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests that the Clerk of the Court:

(A)  note his appearance in this case; and

```
     (B)  add him as a filing user to whom Notices of Electronic
          Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                         By:  _____/s/_____
                              Daniel W. Levy
                              Assistant United States Attorney
                              Telephone:  (212) 637-1062


TO:  Susan V. Tipograph, Esquire
     350 Broadway, Suite 700
     New York, New York 10013

     Counsel to defendant Douglas Shyne

     Harvey Fishbein, Esq.
     61 Broadway, Suite 1601
     New York, New York 10006

     Counsel to defendant Natasha Singh

     Daniel S. Parker, Esq.
     Parker & Carmody, LLP
     1350 Broadway, Suite 1400
     New York, New York 10018

     Counsel to defendant Christine Richardson

     David L. Lewis, Esq.
     Lewis & Fiore
     225 Broadway, Suite 3300
     New York, New York 10006

     Counsel to defendant Nathaniel Shyne

     Neil S. Cartusciello, Esq.
     2 West Main Street
     Mendham, New Jersey 07945

     Counsel to defendant Toybe Bennett
```

```
Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007
```

Counsel to defendant Roberto Montgomery

```
George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019
```

Counsel to defendant Ephraim Richardson

```
Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004
```

Counsel to defendant Naresh Pitambar

```
Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035
```

Counsel to defendant Jason Watler

```
Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403
```

Counsel to defendant Steven Riddick

```
Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007
```

Counsel to defendant Nathaniel Alexander

```
Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
```

Counsel to defendant Timothy Montgomery

**AFFIRMATION OF SERVICE**

      DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

      I am employed in the Office of the United States Attorney for the Southern District of New York.

      On September 16, 2006, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

            Susan V. Tipograph, Esquire
            350 Broadway, Suite 700
            New York, New York 10013

            Counsel to defendant Douglas Shyne

            Harvey Fishbein, Esq.
            61 Broadway, Suite 1601
            New York, New York 10006

            Counsel to defendant Natasha Singh

            Daniel S. Parker, Esq.
            Parker & Carmody, LLP
            1350 Broadway, Suite 1400
            New York, New York 10018

            Counsel to defendant Christine Richardson

            David L. Lewis, Esq.
            Lewis & Fiore
            225 Broadway, Suite 3300
            New York, New York 10006

            Counsel to defendant Nathaniel Shyne

            Neil S. Cartusciello, Esq.
            2 West Main Street
            Mendham, New Jersey 07945

            Counsel to defendant Toybe Bennett

Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

Counsel to defendant Ephraim Richardson

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035

Counsel to defendant Jason Watler

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander

Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510

Counsel to defendant Timothy Montgomery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         September 16, 2006

                                    /s/
                            Daniel W. Levy
                            Assistant United States Attorney
                            Telephone:  (212) 637-1062

3