United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 21, 2007

**MEMO ENDORSED**

**BY HAND and FAX**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/07

Re:    **United States v. Douglas Shyne et al.**
       **S4 05 Cr. 1067 (KMK)**

Dear Judge Karas:

As Your Honor is well aware, trial in this case has long been set for April 2, 2007. It has recently come to the Government's attention that the first night of Passover falls on that same day. As this will affect the entire prosecution team, as well as potential jurors, we respectfully request that the Court adjourn early on April 2, 2007. We raise this issue in advance of the conference set for March 1, 2007, in the hope that we may arrive at some accommodation that will inconvenience the Court, counsel and potential jurors as little as possible.

The Government also notes that Bruce A. Barket, Esq. has recently filed a notice of appearance on behalf of defendant Nathaniel Alexander. Because there remains a motion outstanding filed by Alexander's attorney, Michael Fineman, Esq., and in accordance with this District's Local Rules, the Government assumes that Mr. Fineman has not been formally relieved and will be required to attend the March 1, 2007 conference unless otherwise excused by the Court.

*The Court will discuss scheduling at the March 1 conference. Mr. Fineman is expected at that conference*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry/ Daniel W. Levy
Assistant United States Attorney
(212) 637-2434/ 1062

cc: **SO ORDERED** for all defendants (by fax)

KENNETH M. KARAS U.S.D.J.
2/25/07