# United States v. Luvenia Bartee and Ebony Worthy

