# JOB INVOICE

*Passimu BLDG*

**TO:** First Lending Mortgage Co  
**ADDRESS:** Hillside Avenue, New York  
**ATTENTION:** Winston Shillingford

**DATE ORDERED:** 11/16/04  
**ORDER TAKEN BY:** Chris  
**PHONE NO:** [illegible]  
**CUSTOMER ORDER #:** [illegible]  
**JOB LOCATION:** 347.0033 Billing  
**STARTING DATE:** 11/16/04  
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to Clear Credit Report to be able to get a Mortgage |
| 5 | Business (DBA) Services Credit Reports | | [illegible] | |

*Paid in Full by Check (Company CK)*

**MISCELLANEOUS CHARGES:** Enclosed in Total Price

**LABOR:** Total Price Included

**WORK ORDERED BY:** Winston Shillingford  
**DATE ORDERED:** 11/16/04  
**DATE COMPLETED:** 3/16/05

**TOTAL LABOR:** $8,740.00  
**TOTAL MATERIALS:**  
**TOTAL MISCELLANEOUS:**  
**SUBTOTAL:**  
**TAX:**  
**GRAND TOTAL:** $87,400.00

CUSTOMER APPROVAL SIGNATURE: [signature]  
AUTHORIZED SIGNATURE: [signature]

adams NC2817  
MADE IN USA

**JOB INVOICE**

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

**TO:** Christopher Owens (Ceo)
**ADDRESS:** Richmond Va 23227
**ATTENTION:** Paid in Full (Company)

**DATE ORDERED:** 11/27/04
**ORDER TAKEN BY:** Monaee
**PHONE NO:** 804-343-0093
**CUSTOMER ORDER #:** 5/5/16
**JOB LOCATION:** 804-343-0093
**JOB PHONE:** 12/1/09
**STARTING DATE:** 11/27/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total # 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services with managers and employees total # 60 clients | | $60,000 |
| 15 | Personal files for Credit Services the owner of above Companies | | $85,000.00 |

* Order Total $160,000.00

**DESCRIPTION OF WORK:** Repair Credit Reports Personal and Business (help to Est new credit for business + Personal

**MISCELLANEOUS CHARGES:** As Counted

**LABOR | HRS | RATE | AMOUNT**
Flat Rates for Commercial Accounts

**WORK ORDERED BY:** Monaee (C. Owens)
**DATE ORDERED:** 11/27/04
**DATE COMPLETED:** 5/27/05

**TOTAL LABOR:** 160,000
**TOTAL MATERIALS:**
**TOTAL MISCELLANEOUS:**
**SUBTOTAL:**
**TAX:**
**GRAND TOTAL:** 160,000

JOB INVOICE

Adams NC2817 MADE IN USA